# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
~~Entered~~

~~JAN 2 9 1999~~ 2-1-99

Michael N. Milby
Clerk of Court

By *[signature]*

| | |
|---|---|
| ROSA MARIE VELA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-95-172 |
| § | |
| UNITED STATES OF AMERICA § | |

TYPE OF CASE:   __X__ CIVIL               ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS

ROOM NO.:

SECOND FLOOR COURTROOM, #2

DATE AND TIME:

MARCH 25, 1999 AT 2:00 P.M.

*[signature]*
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JANUARY 29, 1999

TO:     ED STAPLETON
        NANCY MASSO