31

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROSA MARIA VELA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-95-172 |
| | § | |
| UNITED STATES OF AMERICAN | § | |

## ORDER

After hearing the evidence and the argument of counsel, this court is of the opinion that Plaintiffs should take nothing by their suit.

It is so **ORDERED**.

DONE at Brownsville, Texas, this 7th day of April 1999.

John Wm. Black
United States Magistrate Judge