32

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROSA MARIA VELA, Individually, * | |
| and as Next Friend of * | |
| NELLY J. VELA, and on Behalf of * | |
| THE ESTATE OF BALDEMAR VELA, * | |
| DECEASED, and * | |
| BLANCA R. VELA, Individually, * | CIVIL ACTION Nº. B-95-172 |
| * | |
| vs. * | |
| * | |
| UNITED STATES OF AMERICA, * | |

## FINAL JUDGMENT

This action came on for trial before the Court, Honorable John William Black, United States Magistrate Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing.

DONE on this the 13 day of APRIL, 1999 at Brownsville, Texas.

JOHN W. BLACK
UNITED STATES MAGISTRATE JUDGE
[Reference Under 28 U.S.C. §636(c)]